UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOKUN CHAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:11-1177 ) Judge Campbell/Bryant |
| LEASE FINANCE GROUP, LLC, et al | ) ) |
| Defendants. | ) |

### **O R D E R**

Defendants Lease Finance Group, LLC and William Delemos have filed their "Motion to Strike Plaintiff's Motion for Summary Judgment" (Docket Entry No. 50). As grounds, defendants cite several different alleged shortcomings in plaintiff's motion for summary judgment (Docket Entry No. 49).

Rule 12(f) of the Federal Rules of Civil Procedure provides that the Court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. Rule 7(a) defines those filings that are described as "pleadings," and a motion for summary judgment is not included in this list. Motions to strike are limited to "pleadings." See York v. Ferris State Univ., 36 F.Supp.2d 976, 980 (W.D. Mich. 1998); Fox v. Michigan State Police Dep't., 173 Fed. Appx. 372, 375 (6th Cir. 2006) (unpublished). Because a motion to strike does not apply to a motion for summary judgment, defendants' motion to strike must be DENIED.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge