IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOKUN CHAY )
)
v. ) NO. 3-11-1177
) JUDGE CAMPBELL
LEASE FINANCE GROUP, LLC, )
et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 61), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Summary Judgment (Docket No. 49) is dismissed without prejudice to being re-filed in accordance with the Federal Rules of Civil Procedure and Local Rules of Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE